**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Anh Tran v. The State of Texas

Appellate case number:   01-18-00623-CR

Trial court case number: 1553478

Trial court:             208th District Court of Harris County

This Court issued an order abating the appeal and directing the trial court to prepare findings of fact and conclusions of law. The supplemental clerk's record containing the findings and conclusions has been filed.

Accordingly, we reinstate the appeal on the active docket. Appellant's brief is due **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: ___/s/ Justice Richard Hightower_____
           ☑ Acting individually    □ Acting for the Court

Date: __April 30, 2019__